**UNITED STATES DISTRICT COURT**
**EASTERN DISTRICT OF KENTUCKY**
**NORTHERN DIVISION**
**AT ASHLAND**

**CIVIL ACTION NO. 26-2-DLB-EBA**

**BRANDEN BANNISTER**                                             **PLAINTIFF**

**v.**                        **<u>JUDGMENT</u>**

**KEVIN C. PEARCE, JR. et al.**                                   **DEFENDANTS**

\* \* \* \* \* \* \* \* \* \* \* \* \* \* \*

Consistent with the Memorandum Opinion and Order entered contemporaneously today, and pursuant to Rule 58 of the Federal Rules of Civil Procedure,

**IT IS ORDERED AND ADJUDGED** as follows:

(1)     **JUDGMENT** is entered **in favor of Defendants Kevin C. Pearce, Jr. and Terry L. Melvin** on Count II of Plaintiff's Complaint (Doc. # 1);

(2)     This matter is hereby **STRICKEN** from the Court's active docket; and

(3)     This is a **FINAL and APPEALABLE** Order, and no just cause for delay exists.

This 4th day of February, 2026.



Signed By:
*David L. Bunning*  DB
Chief United States District Judge

G:\Judge-DLB\DATA\ORDERS\Ashland Civil\2026\26-2 Judgment.docx